Mr Robinson III & Mr Machige Sr

My name is Michael Thurston I wanted to add this VA Code to all 3 civil actions for cases cv-00521, cv 00488, cv 00487. VA Code 801-229 Chapter 4 states that if a inmate is or becomes entitled to bring action against and agency, the time during which he is incarcerated shall not be counted as any part of the period which within the action be brought.

Subsection #3 states incarceration is considered incapacitated and suspends limitations on actions

Subsection #K states limitations are suspended during criminal proceedings.

I've been incarcerated since Feb 12 2021 the day my 14th amendment civil Rights were violated by both Henrico Doctors Hospital and Henrico County Police department along with Dr William Mckenna & Special Justice Clark

cv-00521   cv-00487   cv-00488

My next Court date for criminal case is 2-25-25

