Judge Colombell, 1-16-25

My Name is Michael Thurston I'm reaching out to you in Reference to cv00521. As of now I have a pending complaint against Henrico Doctors Hospital in cv00488, and Henrico Police in cv00487 that I sent back to Federal courts both particularized in Dec 2024. When I originally filed complaints I was unsure if my mail was being sent out or being received. So that's how cv00521 got filed, I was unaware that cv00488 & cv00487 had indeed been filed. I would like to dismiss cv00521 and only move forward with cv00488 & cv00487. I apologize for any inconvenience but due to similiar allegations in cv00521 there's only need for cv00488 & cv00487 moving forward.

Michael Thurston

